No. 236. ELIZA B. CLINGER, ADMINISTRATRIX, ETC., PLAINTIFF IN ERROR, *v.* CHESAPEAKE & OHIO RAILWAY COMPANY OF KENTUCKY ET AL. In error to the Court of Appeals of the State of Kentucky. Motion to dismiss submitted November 11, 1912. Decided November 18, 1912. *Per Curiam :* Dismissed for the want of jurisdiction on the authority of *Chesapeake & Ohio Railway Company* v. *McCabe,* 213 U. S. 207. *Mr. Allan D. Cole* for the plaintiff in error. *Mr. E. L. Worthington* for the defendant in error.

---

No. 812. THE POST PRINTING & PUBLISHING COMPANY ET AL., PLAINTIFFS IN ERROR, *v.* JOHN F. SHAFROTH, AS GOVERNOR, ETC., ET AL. In error to the Supreme Court of the State of Colorado. Motion to dismiss or affirm submitted November 11, 1912. Decided November 18, 1912. *Per Curiam :* Dismissed for the want of jurisdiction on the authority of *Chappell Chemical Co.* v. *Sulphur Mines Co.,* 172 U. S. 465, 471. *Mr. Booth M. Malone* for the plaintiff in error. *Mr. Benjamin Griffith, Mr. Henry J. Hersey, Mr. F. A. Williams* and *Mr. Horace N. Hawkins* for the defendants in error.

---

No. ——. M. M. BRIGHT, ADMINISTRATOR OF ROBERT LARCK, DECEASED, v. THE CHESAPEAKE & OHIO RAILWAY COMPANY. Submitted November 11, 1912. Decided November 18, 1912. *Per Curiam :* The writ of error applied for in this case is denied. *Wilkinson* v. *Nebraska ex rel. Cleveland Society for Savings,* 123 U. S. 286. *In re Pennsylvania Company,* 137 U. S. 451, 454. *Mr. Herbert Fitzpatrick* for the Railway Company, the petitioner. No opposition.

---

No. 374. CHAN KAM, APPELLANT, *v.* LUTHER C. STEWARD and H. EDSELL. Appeal from the Circuit Court of